IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02116-LTB-OES

JEFFREY P. WINSLOW,

Plaintiff(s),

vs.

DATAFUZION, INC.,

Defendant(s).

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  July 11, 2005

    The Court finds that the Second Motion to Compel Initial Disclosures and for
Sanctions [filed June 2, 2005] has been RESOLVED by agreement of the parties.