IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Action No. 04-cv-02116-LTB-MEH
(Consolidated w/04-cv-02117-LTB and 04-cv-02118-LTB)

JEFFREY WINSLOW,
CHRISTOPHER J. HEIMERL, and
WALTER S. DEITCHMAN,

       Plaintiffs,

v.

DATAFUZION, INC.,
DOUGLAS P. DAVIS, and
ROBERT BAUERS,

       Defendants.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal of Defendant Bauers (Doc 99 - filed November 27, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE against Defendant Bauers,** each party to pay their own fees and costs.

                                    BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Chief Judge

DATED: November 28, 2006