IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Action No. 04-cv-02116-LTB-MEH
(Consolidated w/04-cv-02117-LTB and 04-cv-02118-LTB)

JEFFREY WINSLOW,
CHRISTOPHER J. HEIMERL, and
WALTER S. DEITCHMAN,

      Plaintiffs,

v.

DATAFUZION, INC.,
DOUGLAS P. DAVIS, and

      Defendants.
_____

ORDER FOR ENTRY OF JUDGMENT

This matter having come before the Court on the parties' mutual Stipulation For Entry of Judgment, and the Court being duly advised of the premises, the Court enters judgment in favor of Plaintiffs and against Defendants DataFuzion, Inc. and Douglas P. Davis, jointly and seveally, as follows:

1. In the amount of Seventy-Three Thousand Dollars ($73,000), plus interest at the rate of eight percent (8%) per annum from the date of entry of judgment until paid in full.

2. Judgment shall also enter for payment of Plaintiffs reasonable and necessary costs of collection of the judgment, including attorneys' fees, incurred after entry of judgment. Such amounts may be assessed and added to the judgment upon motion of Plaintiffs.

3. All other claims and causes of action of any kind that were or could have been brought in this action, whether known or unknown, by any of the Plaintiffs against either or both Defendants, or by either Defendant against any one or more of the Plaintiffs, are dismissed with prejudice.

4. Except as provided herein, each party shall pay his or its own costs and attorneys fees.

Dated this   5th   day of   January  , 2007.

                                          BY THE COURT

                                          s/Lewis T. Babcock
                                          United States District Court Judge