IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street, Denver, Colorado 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 2 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 04-cv-2116-LTB-MEH

JEFFREY P. WINSLOW *et al.*

    Plaintiffs,

v.

DATAFUZION, INC. and
DOUGLAS P. DAVIS, individually,

    Defendants.

| Judgment Creditor's Attorney or Judgment Creditor (Name and Address): Stephen P. Gilmartin, Esq. Godin & Baity, LLC 1050 Seventeenth Street, Suite 1610 Denver Colorado 80265 | Phone Number: 303-572-3100 E-mail: sgilmartin@godinbaity.com FAX Number: 303-572-3400 Atty. Reg. #: 32513 |
|---|---|

### WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY

Judgment Debtor's name, last known address, other identifying information: **Douglas P. Davis, 5815 S. Lupine Dr. Littleton, CO 80123**

1. Original Amount of Judgment Entered __January 5, 2007__ (date)    $ __73,000__
2. Plus any Interest Due on Judgment (__8__% per annum)    + $ __864__
3. Taxable Costs (including estimated cost of service of this Writ)    + $ __75__
4. Less any Amount Paid    - $ __0__
5. Principal Balance/Total Amount Due and Owing    = $ __73,939__

I affirm that I am authorized to act for the Judgment Creditor and this is a correct statement as of __February 28, 2007__ (date).

Subscribed under oath before me on __2-28-04__

_____
Notary Public or Deputy Clerk

My Commission Expires: __2-14-10__

JP Winslow, Chris Heimerl, Walter Deitchman, and their attorneys Godin & Baity LLC Trust Account
Print Judgment Creditor's Name

Address: __Through their attorneys listed above__

By: _____
Signature (Type Name, Title, Address and Phone No.)

### WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY

THE PEOPLE OF THE STATE OF COLORADO to the Sheriff of any Colorado County, or to any person over the age of 18 years who is not a party to this action:

You are directed to serve a copy of this Writ of Garnishment upon __US Bank, 950 17th St Denver, CO 80202__ Garnishee, with proper return of service to be made to the Court.

TO THE GARNISHEE:
YOU ARE HEREBY SUMMONED AS GARNISHEE IN THIS ACTION AND ORDERED:
a. To answer the following questions under oath and file your answers with the Clerk of the Court (AND to mail a completed copy with your answers to the Judgment Creditor or attorney when a stamped envelope is attached) within 10 days following service of this Writ upon you. **YOUR FAILURE TO ANSWER THIS WRIT WITH NOTICE MAY RESULT IN THE ENTRY OF A DEFAULT AGAINST YOU.**
b. To hold pending court order any personal property (other than earnings) owed to or owned by the Judgment Debtor and in your possession or control on the date and time this Writ was served upon you.

YOU ARE NOTIFIED:
a. This Writ with Notice applies to all personal property (other than earnings) owed to or owned by the Judgment Debtor and in your possession or control as of the date and time this Writ was served upon you.

b. In no case may you withhold any personal property greater than the amount on Line 5 on the front of this Writ unless the personal property is incapable of being divided.
c. If you are ordered to pay funds to the Court, tender your check for the amount ordered PAYABLE TO THE CLERK OF THE _____, COURT AT _____, COLORADO.

CLERK OF THE COURT         By: Deputy Clerk: _____

DATE: FEB 28 2007

## QUESTIONS TO BE ANSWERED BY GARNISHEE

**Judgment Debtor's Name:** Douglas P. Davis.    **Case Number:** US District Court for District of Colorado
Civil Action No: 04-cv-2116-LTB-MEH

The following questions MUST be answered by you under oath:
a. On the date and time this Writ was served upon you, did you possess or control any personal property of the Judgment Debtor or did you owe any rents, payments, obligations, debts or moneys other than earnings to the Judgment Debtor?
☐ YES  ☒ NO  Account closed
b. If YES, list all items of personal property and their location(s) and/or describe the nature and amount of the debt or obligation:
(Attach additional pages if necessary): _____

c. Do you claim any setoff against any property, debt or obligation listed above?   ☐ YES  ☒ NO
d. If you answered YES to question c, describe the nature and amount of the setoff claimed:
(Attach additional pages if necessary): _____

I affirm that I am authorized to act for the Garnishee and the above answers are t  US BANK/ PD-OR-C2GN
Name of Garnishee  PO BOX 30869
Subscribed under oath before me on _8/10/07_ (date)  Address: _____ PORTLAND, OR 97294
_____  1-800-247-9468
Notary Public/Deputy Clerk  Phone Number ___

My Commission Expires: _11/19/2010_   OFFICIAL SEAL   Name of Person Answering (Print) H. Pilger
MIN WANG
NOTARY PUBLIC-OREGON   of Person Answering _____
COMMISSION NO. 410963                     877-247-9468
MY COMMISSION EXPIRES NOV. 19, 2010

## NOTICE TO JUDGMENT DEBTOR OF EXEMPTION AND PENDING LEVY

This Writ with Notice is a Court order which may cause your property or money to be held and taken to pay a judgment entered against you. You have legal rights which may prevent all or part of your money or property from being taken. That part of the money or property which may not be taken is called "exempt property". A partial list of "exempt property" is shown below, along with the law which may make all or part of your money or property exempt. The purpose of this notice is to tell you about these rights.

### PARTIAL LIST OF EXEMPT PROPERTY

1. All or part of your property listed in §§13-54-101 and 102, C.R.S., including clothing, jewelry, books, burial sites, household goods, food and fuel, farm animals, seed, tools, equipment and implements, military allowances, stock-in-trade and certain items used in your occupation, bicycles, motor vehicles (greater for disabled persons), life insurance, income tax refunds, money received because of loss of property or for personal injury, equipment that you need because of your health, or money received because you were a victim of a crime.
2. All or part of your earnings under Section 13-54-104, C.R.S.
3. Worker's compensation benefits under Section 8-42-124, C.R.S.
4. Unemployment compensation benefits under Section 8-80-103, C.R.S.
5. Group life insurance benefits under Section 10-7-205, C.R.S.
6. Health insurance benefits under Section 10-16-212, C.R.S.
7. Fraternal society benefits under Section 10-14-403, C.R.S.
8. Family allowances under Section 15-11-404, C.R.S.
9. Teachers' retirement fund benefits under Section 22-64-120, C.R.S.
10. Public employees' retirement benefits (PERA) under Sections 24-51-212 and 24-54-111, C.R.S.
11. Social security benefits (OASDI, SSI) under 42 U.S.C. §407.
12. Railroad employee retirement benefits under 45 U.S.C. §231m.
13. Public assistance benefits (OAP, AFDC, TANF, AND, AB, LEAP) under Section 26-2-131, C.R.S.
14. Police Officer's and Firefighter's pension fund payments under Sections 31-30-1117 & 31-30.5-208 and 31-31-203, C.R.S.
15. Utility and security deposits under Section 13-54-102(1)(r), C.R.S.
16. Proceeds of the sale of homestead property under Section 38-41-207, C.R.S.
17. Veteran's Administration benefits under 38 U.S.C. §5301.
18. Civil service retirement benefits under 5 U.S.C. §8346.
19. Mobile homes and trailers under Section 38-41-201.6, C.R.S.