## NOTICE TO GARNISHEE

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2007 DEC -3  PM 1:34

GREGORY C. LANGHAM
CLERK

BY_____ DEP. CLK

a. This Writ applies to all nonexempt earnings owed or owing during the Effective Garnishment Period shown on Line 1a on the front of this Writ or until you have paid to the party, designated in paragraph "e" on the front of this Writ, the amount shown on Line 5 on the front of this Writ, whichever occurs first. However, if you have already been served with a Writ of Continuing Garnishment for Child Support, this new Writ is effective for the Effective Garnishment Period after any prior Writ terminates.
b. "EARNINGS" INCLUDES ALL FORMS OF COMPENSATION FOR PERSONAL SERVICES. Also read "Notice to Judgment Debtor" below.
c. In no case may you withhold any amount greater than the amount on Line 5 on the front of this Writ.

### QUESTIONS TO BE ANSWERED BY GARNISHEE

Judgment Debtor's Name: Omni Medical Services, Inc., a/k/a Omni Medical Holdings, Inc., a/ka Douglas P Davis
Case Number: US District Court for District of Colorado, Civil Action No. 04-cv-2116-LTB-MEH

The following questions MUST be answered by you under oath:

a. On the date and time this Writ of Continuing Garnishment was served upon you, did you owe or do you anticipate owing any of the following to the Judgment debtor within the Effective Garnishment Period shown on Line 1a on the front of this Writ? (Mark appropriate box(es):
   1. ☐ WAGES/SALARY/COMMISSIONS/BONUS/OTHER COMPENSATION FOR PERSONAL SERVICES (Earnings)
   2. ☐ Health, Accident or Disability Insurance Funds or Payments
   3. ☐ Pension or Retirement Benefits (for suites commenced prior to 5/1/91 ONLY - check front of Writ for date)
   If you marked any box above, indicate how the Judgment debtor is paid: ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly ☐ other
   The Judgment Debtor will be paid on the following dates during the Effective Garnishment Period shown on Line 1a (front of this Writ):
   _____

b. Are you under one or more of the following writs of garnishment? (Mark appropriate box(es)):
   4. ☒ Writ of Continuing Garnishment (Expected Termination Date: _This case - not sure_____)
   5. ☐ Writ of Garnishment for Support (Expected Termination Date: _____)

c. If you marked Box 1 and you did NOT mark either Box 4 or 5, complete the Calculation below for the "First Pay Period" following receipt of this Writ. If you marked either Box 4 or 5, you must complete Calculations beginning with the first pay period following termination of the prior writ(s).

d. If you marked Box 2 or 3 and you did NOT mark either Box 4 or 5, complete the Calculation below for the "First Pay Period" following receipt of this Writ. If you marked either box 4 or 5, you must complete Calculations beginning with the first pay period following termination of the prior writ(s). However, there are a number of total exemptions, and you should seek legal advice about such exemptions. IF THE EARNINGS ARE TOTALLY EXEMPT, PLEASE MARK BOX 6 BELOW:
   6. ☒ THE EARNINGS ARE TOTALLY EXEMPT BECAUSE: _there are none_____

### CALCULATION OF THE AMOUNT OF EXEMPT EARNINGS (First Pay Period)

Gross Earnings for the First Pay Period from _____ thru _____   $ 0
Less Deductions Required by Law (For Example, Withholding Taxes, FICA)      -$ _____
Disposable Earnings (Gross Earnings less Deductions)                         =$ _____
Less Statutory Exemption (Use Exemption Chart Below)                        -$ _____
Net Amount Subject to Garnishment                                           =$ _____
Less Wage/Income Assignment(s) During Pay Period (If Any)                   -$ _____
**AMOUNT TO BE WITHHELD AND PAID**                                          =$ 0

| EXEMPTION CHART | PAY PERIOD | AMOUNT EXEMPT IS GREATER OF | |
|---|---|---|---|
| | Weekly | 30 x Federal Minimum Hourly Wage ($154.50) or 75% of Disposable Earnings | Amounts in parentheses based upon Federal Minimum Hourly Wage of $5.15. |
| | Bi-weekly | 60 x Federal Minimum Hourly Wage ($309.00) or 75% of Disposable Earnings | |
| | Semi-monthly | 65 x Federal Minimum Hourly Wage ($334.75) or 75% of Disposable Earnings | |
| | Monthly | 130 x Federal Minimum Hourly Wage ($669.50) or 75% of Disposable Earnings | |

I affirm that I am authorized to act for the Garnishee, the above answers are true and correct, and I have delivered a copy of this Writ, together with the Calculation of the Amount of Exempt Earnings and a blank Objection to Calculation of the Amount of Exempt Earnings form to the Judgment Debtor at the time earnings were paid for the "First Pay Period" (if earnings were paid).

Subscribed under oath before me on _12-03-2007_ (date)
_Ray W. Bilby_
Notary Public/Deputy Clerk
My Commission Expires: _04-20-2008_

RAY W. BILBY
Notary Public
State of Colorado
My Commission Expires 4/20/2008

Name of Garnishee (Print) _Doug Davis_
Address _5815 S. Lupine Drive_
Phone Number _Littleton Co 80123_

_12-3-07_

_Doug Davis_
Name of Person Answering (Print)

_Douglas Davis_  _Douglas Davis_
Signature of Person Answering

FORM 26    R7/03   State of Colorado Garnishment               Page 3 of 3