AO451 (Rev. 12/93) Certification of Judgment

# United States District Court

## DISTRICT OF COLORADO

Jeffrey Winslow,
Christopher J. Heimerl,
Walter S. Deitchman,
   Plaintiffs,

VS.

Datafuzion, Inc., and
Douglas P. Davis, Individually
   Defendants.

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

CASE NUMBER: 04-cv-02116-LTB-MEH
(Consolidated w/04-cv-02118-LTB)

I, _____Gregory C. Langham_____ CLERK of the United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on _____January 5, 2007_____, as
                                                                                                     (Date)

it appears in the records of this court, and that

**    No notice of appeal from the judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Civil Procedure has been filed.

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of the Court.

_____January 22, 2009_____
        (Date)

_____Gregory C. Langham_____
        (Clerk)

_____(By) Deputy Clerk_____

---

** Insert the appropriate language:........"no notice of appeal from the judgment has been filed, and no motion of any kind is listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."........"no notice of appeal from this judgment has been filed, and any motion of the kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [Date]."........"an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [Date]."........" an appeal was taken from this judgment and the appeal was dismissed by order entered on [Date]."

(† Note: The motions listed in Rule 4(a), Federal Rules of Appeal Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Action No. 04-cv-02116-LTB-MEH
(Consolidated w/04-cv-02117-LTB and 04-cv-02118-LTB)

JEFFREY WINSLOW,
CHRISTOPHER J. HEIMERL, and
WALTER S. DEITCHMAN,

        Plaintiffs,

v.

DATAFUZION, INC.,
DOUGLAS P. DAVIS, and

        Defendants.

___

## ORDER FOR ENTRY OF JUDGMENT

This matter having come before the Court on the parties' mutual Stipulation For Entry of Judgment, and the Court being duly advised of the premises, the Court enters judgment in favor of Plaintiffs and against Defendants DataFuzion, Inc. and Douglas P. Davis, jointly and seveally, as follows:

1. In the amount of Seventy-Three Thousand Dollars ($73,000), plus interest at the rate of eight percent (8%) per annum from the date of entry of judgment until paid in full.

2. Judgment shall also enter for payment of Plaintiffs reasonable and necessary costs of collection of the judgment, including attorneys' fees, incurred after entry of judgment. Such amounts may be assessed and added to the judgment upon motion of Plaintiffs.

3. All other claims and causes of action of any kind that were or could have been brought in this action, whether known or unknown, by any of the Plaintiffs against either or both Defendants, or by either Defendant against any one or more of the Plaintiffs, are dismissed with prejudice.

4. Except as provided herein, each party shall pay his or its own costs and attorneys fees.

Dated this ___5th___ day of ___January___, 2007.

BY THE COURT

___s/Lewis T. Babcock___
United States District Court Judge

2