IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number:   04-CV-02116-LTB-MEH
(Consolidated w/04-cv-2117-LTB and 04-cv02118-LTB)

Jeffrey Winslow,
Christopher J. Heimerl, and
Walter S. Deitchman,
    Plaintiffs,

vs.

Datafuzion, Inc.,
Douglas P. Davis, individually,
    Defendants.

---

Certificate of Judgment for Lien Upon Land and Tenements
(Transcript of Judgment)

---

I, Gregory C. Langham, Clerk of the United States District Court for the District of Colorado, do hereby certify that on the 5th day of January 2007, judgment was entered in favor of the Plaintiffs, and against the Defendants Datafuzion, Inc., and Douglas P. Davis, jointly and severally for the amount of Seventy-Three Thousand Dollars ($73,000), plus interest at the rate of eight percent (8%) per annum from the date of entry of judgment until paid in full. This judgment is entered on the docket in the United States District Court for the District of Colorado.

Gregory C. Langham, Clerk

By: _____
    Deputy Clerk

Date: January 22, 2009